# EXHIBIT A