1  MICHAEL J. IOANNOU (SBN 95208)
   KEVIN W. ISAACSON (SBN 281067)
2  ROPERS MAJESKI PC
   333 W. Santa Clara St., Suite 910
3  San Jose, CA  95113
   Telephone:   408.287.6262
4  Facsimile:   408.918.4501
   Email:       michael.ioannou@ropers.com
5                kevin.isaacson@ropers.com

6  Attorneys for Defendants
   ANALOG DEVICES, INC. and
7  MAXIM INTEGRATED PRODUCTS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| NUMBER 14 B.V., | Case No. 5:24-cv-02435-NC |
|---|---|
| Plaintiff, | **STIPULATION TO EXTEND DEFENDANTS' TIME TO RESPOND TO COMPLAINT** |
| v. | |
| ANALOG DEVICES, INC.; and MAXIM INTEGRATED PRODUCTS, INC. | |
| Defendants. | |

IT IS HEREBY STIPULATED by and between plaintiff NUMBER 14 B.V. and defendants ANALOG DEVICES, INC. and MAXIM INTEGRATED PRODUCTS, INC., by and through their respective attorneys of record, that defendants shall have up to and including June 14, 2024 to file and serve their response to plaintiff's initial Complaint in this action.

Dated: May 28, 2024                    GREENFIELD LLP


                                       By: /s/ *Rachel Thomas*
                                       RACHEL THOMAS
                                       Attorneys for Plaintiff
                                       NUMBER 14 B.V.

Dated: May 28, 2024            ROPERS MAJESKI PC

By: */s/ Kevin W. Isaacson*
MICHAEL J. IOANNOU
KEVIN W. ISAACSON
Attorneys for Defendants
ANALOG DEVICES, INC. and
MAXIM INTEGRATED PRODUCTS, INC.

### **ATTESTATION PURSUANT TO LOCAL RULE 5-1 (i)(3)**

The undersigned attests pursuant to Local Rule 5-1(i)(3) that concurrence in the filing of this document has been obtained from each of the other signatories hereto.

Dated: May 29, 2024            /s/ *Kevin W. Isaacson*
KEVIN W. ISAACSON