AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NUMBER 14 B.V., )<br>*Plaintiff* )<br>v. )<br>ANALOG DEVICES, INC., et al., )<br>*Defendant* ) | Case No. 5:24-cv-02435-NC |

**APPEARANCE OF COUNSEL**

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendants ANALOG DEVICES, INC. and MAXIM INTEGRATED PRODUCTS, INC.

Date: May 29, 2024

*/s/ Michael J. Ioannou*
*Attorney's signature*

Michael J. Ioannou, SBN 95208
*Printed name and bar number*

Ropers Majeski PC
333 W. Santa Clara Street, Suite 910
San Jose, CA  95113
*Address*

michael.ioannou@ropers.com
*E-mail address*

(408) 287-6262
*Telephone number*

(408) 918-4501
*FAX number*