MICHAEL J. IOANNOU (SBN 95208)
KEVIN W. ISAACSON (SBN 281067)
ROPERS MAJESKI PC
333 W. Santa Clara St., Suite 910
San Jose, CA  95113
Telephone:       408.287.6262
Facsimile:        408.918.4501
Email:              michael.ioannou@ropers.com
                        kevin.isaacson@ropers.com

Attorneys for Defendants and Counterclaimants
ANALOG DEVICES, INC. and
MAXIM INTEGRATED PRODUCTS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NUMBER 14 B.V.,<br><br>Plaintiff,<br><br>v.<br><br>ANALOG DEVICES, INC.; and MAXIM INTEGRATED PRODUCTS, INC.,<br><br>Defendants.<br><br>ANALOG DEVICES, INC.; and MAXIM INTEGRATED PRODUCTS, INC.,<br><br>Counterclaimants,<br><br>v.<br><br>NUMBER 14 B.V., RUDY ESCHAUZIER, and NICO VAN RIJN,<br><br>Counter-Defendants. | Case No.: 5:24-cv-02435<br><br>**DECLARATION OF KEVIN W. ISAACSON IN SUPPORT OF DEFENDANTS' ADMINISTRATIVE MOTION TO FILE ANSWER AND COUNTERCLAIMS UNDER SEAL** |

I, Kevin W. Isaacson, declare as follows:

1. I am an attorney admitted to practice before the courts of the State of California.  I am a partner with the law firm of Ropers Majeski PC ("Ropers"), counsel of record for Defendants and Counterclaimants ANALOG DEVICES, INC. and MAXIM INTEGRATED

4892-0192-3271.2

-1-

Declaration of Kevin W. Isaacson iso Motion
to File Answer and Counterclaims Under Seal
Case No. 5:24-CV-02435

1  PRODUCTS INC. ("Counterclaimants") in the above-captioned matter. I submit this declaration
2  in support of Counterclaimants' Administrative Motion to File Portions of Answer and
3  Counterclaims Under Seal. I have personal knowledge of the facts set forth herein, and if called
4  as a witness, could and would testify competently hereto.

5     2.   Attached as **Exhibit A** is a true and correct copy of the unredacted
6  Counterclaimants Answer and Counterclaims with Exhibit 1, with the portions Counterclaimants
7  seek to seal and redact highlighted in yellow.

8     3.   There are no less restrictive alternatives to sealing and redaction that would
9  adequately protect ADI and Maxim's privacy interests as the portions Counterclaimants seek to
10 file under seal are limited to those for which public disclosure would cause irreparable harm.

11    I declare under penalty of perjury under the laws of the United States of America that the
12 foregoing is true and correct.

13    Executed this 14th day of June, 2024 at San Jose, California.

                                    By: /s/ *Kevin W. Isaacson*
                                         Kevin W. Isaacson

4892-0192-3271.2

-2-   Declaration of Kevin W. Isaacson iso Motion
      to File Answer and Counterclaims Under Seal
      Case No. 5:24-CV-02435

# EXHIBIT A

**FILED UNDER SEAL**