**RACHEL THOMAS (SBN 244527)**
**ALE BURKE-VALLEJO (SBN 353890)**
GREENFIELD LLP
55 S. Market Street, Suite 1500
San Jose, California 95113
Telephone: (408) 995-5600
Email: rthomas@greenfieldlaw.com
　　　　aburke-vallejo@greenfieldlaw.com

**WARREN THOMAS (*Pro Hac Vice*)**
**JOHN W. HARBIN (*Pro Hac Vice*)**
MEUNIER CARLIN & CURFMAN LLC
999 Peachtree Street NE, Suite 1300
Atlanta, GA 30309
Telephone: (404) 645-7700
Email: wthomas@mcciplaw.com
　　　　jharbin@mcciplaw.com

Attorneys for Plaintiff NUMBER 14 B.V.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NUMBER 14 B.V., <br><br> Plaintiff, <br><br> v. <br><br> ANALOG DEVICES, INC.; and MAXIM INTEGRATED PRODUCTS, INC., <br><br> Defendants. | Case No.: 5:24-cv-02435-NC <br><br> **STIPULATION AND ORDER RE: EXTENSION OF TIME TO FILE RESPONSE OR OPPOSITION TO ADMINISTRATIVE MOTION** |

IT IS HEREBY STIPULATED by and between Plaintiff NUMBER 14 B.V. and Defendants ANALOG DEVICES, INC. and MAXIM INTEGRATED PRODUCTS, INC. (collectively, "Defendants"), by and through their respective attorneys of record, that Plaintiff shall have up to and including June 24, 2024 to file and serve its response or opposition to "Defendants and Counterclaimant's Notice of Motion and Administrative Motion to File Portions of Answer

1

STIPULATION AND ORDER RE: EXTENSION OF TIME TO FILE RESPONSE OR OPPOSITION TO ADMINISTRATIVE MOTION -- CASE NO.: 5:24-cv-02435-NC

and Counterclaims Under Seal [etc.]" (Dkt. 23) filed on June 14, 2024 ("Defendants' Administrative Motion"), pursuant to Civil Local Rules, Rules 7-11 and 7-12.

IT IS SO STIPULATED.

GREENFIELD LLP

Dated: June 18, 2024     By: /s/ Rachel Thomas
                             RACHEL THOMAS
                             ALE BURKE-VALLEJO
                             Attorneys for Plaintiff NUMBER 14 B.V.

ROPERS MAJESKI PC

Dated: June 18, 2024     By: /s/ Kevin W. Isaacson
                             MICHAEL J. IOANNOU
                             KEVIN W. ISAACSON
                             Attorneys for Defendants ANALOG DEVICES, INC.; and MAXIM INTEGRATED PRODUCTS, INC.

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED that Plaintiff's time to respond or oppose Defendants' Administrative Motion shall be extended up to and including June 24, 2024.

Dated: _____
       JUDGE NATHANAEL M. COUSINS
       United States Magistrate Judge

GRANTED
[Signature]
Judge Nathanael M. Cousins

2

STIPULATION AND ORDER RE: EXTENSION OF TIME TO FILE RESPONSE OR OPPOSITION TO ADMINISTRATIVE MOTION -- CASE NO.: 5:24-cv-02435-NC