MICHAEL J. IOANNOU (SBN 95208)
KEVIN W. ISAACSON (SBN 281067)
ROPERS MAJESKI PC
333 W. Santa Clara St., Suite 910
San Jose, CA 95113
Telephone:    408.287.6262
Facsimile:    408.918.4501
Email:        michael.ioannou@ropers.com
              kevin.isaacson@ropers.com

Attorneys for Defendants
ANALOG DEVICES, INC. and
MAXIM INTEGRATED PRODUCTS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NUMBER 14 B.V., | Case No.: 5:24-cv-02435 |
| Plaintiff, | **CERTIFICATION OF CONFLICTS AND INTERESTED ENTITIES OR PERSONS** |
| v. | |
| ANALOG DEVICES, INC.; and MAXIM INTEGRATED PRODUCTS, INC. | |
| Defendants. | |
| ANALOG DEVICES, INC.; and MAXIM INTEGRATED PRODUCTS, INC., | |
| Counterclaimants, | |
| v. | |
| NUMBER 14 B.V., RUDY ESCHAUZIER, and NICO VAN RIJN, | |
| Counter-Defendants. | |

Pursuant to Civil L.R. 3-15, the undersigned certifies that as of this date, there is no conflict or interest (other than the named parties) to report.

///

///

Dated:  June 20, 2024                          ROPERS MAJESKI PC


                                               By:/s/ *Kevin W. Isaacson*
                                                   MICHAEL J. IOANNOU
                                                   KEVIN W. ISAACSON
                                                   Attorneys for Defendants
                                                   ANALOG DEVICES, INC. and
                                                   MAXIM INTEGRATED PRODUCTS,
                                                   INC.