1  MICHAEL J. IOANNOU (SBN 95208)
   KEVIN W. ISAACSON (SBN 281067)
2  ANGIE CHANG (SBN 351887)
   AMANDA M. OGATA (SBN 354967)
3  ROPERS MAJESKI PC
   333 W. Santa Clara St., Suite 910
4  San Jose, CA  95113
   Telephone:    408.287.6262
5  Facsimile:     408.918.4501
   Email:          michael.ioannou@ropers.com
6                     kevin.isaacson@ropers.com
                      angie.chang@ropers.com
7                     amanda.ogata@ropers.com

8  Attorneys for Defendants and Counterclaimants
   ANALOG DEVICES, INC. and
9  MAXIM INTEGRATED PRODUCTS, INC.

10                    UNITED STATES DISTRICT COURT

11                   NORTHERN DISTRICT OF CALIFORNIA

12                          SAN JOSE DIVISION

| | |
|---|---|
| NUMBER 14 B.V., | Case No.: 5:24-cv-02435-EJD |
| Plaintiff, | **STIPULATION AND [**~~PROPOSED~~**] ORDER RE: EXTENSION OF TIME FOR DEFENDANTS/COUNTER CLAIMANTS' TO FILE RESPONSE OR OPPOSITION TO PLAINTIFF/COUNTER-DEFENDANT'S MOTION TO DISMISS; EXTENSION OF TIME FOR DEFENDANTS/COUNTER CLAIMANTS' TO FILE RESPONSE OR OPPOSITION TO PLAINTIFF/COUNTER-DEFENDANT'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED (CIVIL L. R. 7-11, 79-5(f), and FRCP 83)** |
| v. | |
| ANALOG DEVICES, INC.; and MAXIM INTEGRATED PRODUCTS, INC. | |
| Defendants. | |
| ANALOG DEVICES, INC.; and MAXIM INTEGRATED PRODUCTS, INC., | |
| Counterclaimants, | |
| v. | |
| NUMBER 14 B.V., RUDY ESCHAUZIER, and NICO VAN RIJN, | |
| Counter-Defendants. | |

    IT IS HEREBY STIPULATED by and between Plaintiff NUMBER 14 B.V. ("Plaintiff")

and Defendants/Counterclaimants ANALOG DEVICES, INC. and MAXIM INTEGRATED

1  PRODUCTS, INC. (collectively, "Defendants"), by and through their respective attorneys of
2  record, that Defendants shall have up to and including August 9, 2024 to file and serve their
3  Opposition to Plaintiff's Motion to Dismiss (ECF No. 43) and August 2, 2024 to file and serve
4  their response to Plaintiff's Administrative Motion to Consider Whether Another Party's Material
5  Should be Sealed (ECF No. 42), both filed on July 19, 2024, pursuant to Civil Local Rules, Rules
6  6-1 and 6-2.

7  Good cause exists for an extension of time because Defendants' primary attorney of
8  record will be out of the office and without internet access, for seven of the fourteen days given to
9  file its opposition to Plaintiff's Motion to Dismiss, and for the entirety of time given to respond to
10 the Plaintiff's Administrative Motion to Consider Whether Another Party's Material Should be
11 Sealed. Also, Defendants agreed to extend Plaintiff's deadline to file its response to Defendants'
12 Answer with Affirmative Defenses and Counterclaims by two weeks (ECF No. 38). Finally, an
13 extension of time will have no effect on the schedule of the case. The next deadline is the case
14 management statement, which is due on August 9, 2024. Further, the hearing for the Motion to
15 Dismiss is scheduled for October 3, 2024, significantly beyond the stipulated deadline for
16 Defendants to file its responses. Therefore, all parties in this action stipulate to this extension of
17 time for Defendants to respond to Plaintiff's Motion to Dismiss and Plaintiff's Administrative
18 Motion to Consider Whether Another Party's Material Should be Sealed.

19 The time modifications in this case are unrelated to this stipulation, but as follows: (1) on
20 May 28, 2024, the parties stipulated to an extension of time for Defendants to respond to the
21 initial Complaint (ECF No. 17); (2) on June 18, 2024, pursuant to stipulation, this Court granted
22 an extension of time for Plaintiff to respond to Defendants' Administrative Motion to File Under
23 Seal (ECF No. 27); and (3) on July 2, 2024, pursuant to stipulation, this Court granted an
24 extension of time for Plaintiff to respond to Defendants' Answer to Plaintiff's Complaint with
25 Affirmative Defenses and Counterclaims (ECF No. 39). No prior requests for an extension of
26 time to respond to or oppose the Motion to Dismiss and the Administrative Motion to Consider
27 Whether Another Party's Material Should be Sealed have been made.
28

The Declaration of Amanda M. Ogata in support of this Stipulation to Extend Time is filed concurrently herewith.

Dated: July 24, 2024                    GREENFIELD LLP


By: /s/ *Rachel Thomas*
RACHEL THOMAS
Attorneys for Plaintiff and Counter-Defendant NUMBER 14 B.V. and Specially Appearing for Counter-Defendants RUDY ESCHAUZIER and NICO VAN RIJN

Dated: July 24, 2024                    MEUNIER CARLIN & CURFMAN LLC


By: /s/ *John W. Harbin*
WARREN J. THOMAS
JOHN W. HARBIN
Attorneys for Plaintiff and Counter-Defendant NUMBER 14 B.V. and Specially Appearing for Counter-Defendants RUDY ESCHAUZIER and NICO VAN RIJN

Dated: July 24, 2024                    ROPERS MAJESKI PC


By: /s/ *Amanda M. Ogata*
MICHAEL J. IOANNOU
KEVIN W. ISAACSON
ANGIE CHANG
AMANDA M. OGATA
Attorneys for Defendants and Counter-Claimants ANALOG DEVICES, INC. and MAXIM INTEGRATED PRODUCTS, INC.

**ATTESTATION PURSUANT TO LOCAL RULE 5-1 (i)(3)**

The undersigned attests pursuant to Local Rule 5-1(i)(3) that concurrence in the filing of this document has been obtained from each of the other signatories hereto.

Dated: July 24, 2024                    /s/ *Amanda M. Ogata*
AMANDA M. OGATA

# **ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED that Defendants' time to respond or oppose Plaintiff's Motion to Dismiss shall be extended up to and including August 9, 2024. In addition, Defendants' time to respond or oppose Plaintiff's Administrative Motion to Consider Whether Another Party's Material Should be Sealed shall be extended up to and including August 2, 2024.

Dated: July 24, 2024

_____
EDWARD J. DAVILA
United States District Court Judge