1  MICHAEL J. IOANNOU (SBN 95208)
   KEVIN W. ISAACSON (SBN 281067)
2  ANGIE CHANG (SBN 351887)
   AMANDA M. OGATA (SBN 354967)
3  ROPERS MAJESKI PC
   333 W. Santa Clara St., Suite 910
4  San Jose, CA  95113
   Telephone:    408.287.6262
5  Facsimile:     408.918.4501
   Email:          michael.ioannou@ropers.com
6                      kevin.isaacson@ropers.com
                       angie.chang@ropers.com
7                      amanda.ogata@ropers.com

8  Attorneys for Defendants and Counterclaimants
   ANALOG DEVICES, INC. and
9  MAXIM INTEGRATED PRODUCTS, INC.

                    UNITED STATES DISTRICT COURT

                   NORTHERN DISTRICT OF CALIFORNIA

                         SAN JOSE DIVISION

| NUMBER 14 B.V., | Case No.: 5:24-cv-02435-EJD |
|---|---|
| Plaintiff, | **STIPULATION AND [~~PROPOSED~~] ORDER RE: EXTENSION OF TIME FOR DEFENDANTS/COUNTER CLAIMANTS TO FILE RESPONSE OR OPPOSITION TO PLAINTIFF/ COUNTER-DEFENDANTS' MOTION TO DISMISS** |
| v. | |
| ANALOG DEVICES, INC.; and MAXIM INTEGRATED PRODUCTS, INC. | |
| Defendants. | |
| ANALOG DEVICES, INC.; and MAXIM INTEGRATED PRODUCTS, INC., | |
| Counterclaimants, | |
| v. | |
| NUMBER 14 B.V., RUDY ESCHAUZIER, and NICO VAN RIJN, | |
| Counter-Defendants. | |

   IT IS HEREBY STIPULATED by and between Plaintiff NUMBER 14 B.V. ("Plaintiff")

and Defendants/Counterclaimants ANALOG DEVICES, INC. and MAXIM INTEGRATED

PRODUCTS, INC. (collectively, "Defendants"), by and through their respective attorneys of

1  record, that Defendants shall have up to and including August 16, 2024 to file and serve their
2  Opposition to Plaintiff's Motion to Dismiss (ECF No. 43), filed on July 19, 2024, pursuant to
3  Civil Local Rules, Rules 6-1 and 6-2. Accordingly, Plaintiff will have until and including
4  August 23, 2024 to reply to Defendants' response or opposition to Plaintiff's Motion to Dismiss.

5      Good cause exists for an extension of time because Defendants' lead attorney of record,
6  Kevin W. Isaacson[1], has been critically ill with a severe case of COVID-19 for the past week,
7  which has left him unable to carry out his professional duties. An extension of time will have no
8  effect on the schedule of the case. The next deadline is the case management statement, which is
9  due on August 9, 2024. Defendants can still comply with the August 9, 2024 deadline. Further,
10 the hearing for the Motion to Dismiss is scheduled for October 3, 2024, significantly beyond the
11 stipulated deadline for Defendants to file its responses. Therefore, all parties in this action
12 stipulate to this extension of time for Defendants to respond to Plaintiff's Motion to Dismiss.

13     This is the second stipulation for an extension of time to respond to or oppose this Motion
14 to Dismiss. This Court previously granted a stipulation for an extension of time to respond to or
15 oppose this Motion to Dismiss on July 24, 2024 (ECF No. 45).

16     Other time modifications in this case are unrelated to this stipulation, but as follows: (1)
17 on May 28, 2024, the parties stipulated to an extension of time for Defendants to respond to the
18 initial Complaint (ECF No. 17); (2) on June 18, 2024, pursuant to stipulation, this Court granted
19 an extension of time for Plaintiff to respond to Defendants' Administrative Motion to File Under
20 Seal (ECF No. 27); and (3) on July 2, 2024, pursuant to stipulation, this Court granted an
21 extension of time for Plaintiff to respond to Defendants' Answer to Plaintiff's Complaint with
22 Affirmative Defenses and Counterclaims (ECF No. 39).

23     The Declaration of Amanda M. Ogata in support of this Stipulation to Extend Time is
24 filed concurrently herewith.

25 ///
26 ///
27

28 [1] Kevin W. Isaacson is the lead partner handling the motions and pleadings, including Defendants' response to Plaintiff's Motion to Dismiss.

| | | |
|---|---|---|
| Dated: August 2, 2024 | | GREENFIELD LLP |

By: /s/ *Rachel Thomas*
RACHEL THOMAS
Attorneys for Plaintiff and Counter-Defendant NUMBER 14 B.V. and Specially Appearing for Counter-Defendants RUDY ESCHAUZIER and NICO VAN RIJN

Dated: August 2, 2024                                    ROPERS MAJESKI PC

By: /s/ *Amanda M. Ogata*
MICHAEL J. IOANNOU
KEVIN W. ISAACSON
ANGIE CHANG
AMANDA M. OGATA
Attorneys for Defendants and Counter-Claimants ANALOG DEVICES, INC. and MAXIM INTEGRATED PRODUCTS, INC.

### ATTESTATION PURSUANT TO LOCAL RULE 5-1 (i)(3)

The undersigned attests pursuant to Local Rule 5-1(i)(3) that concurrence in the filing of this document has been obtained from the other signatory hereto.

Dated: August 2, 2024                                    /s/ *Amanda M. Ogata*
AMANDA M. OGATA

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED that Defendants' time to respond or oppose Plaintiff's Motion to Dismiss shall be extended up to and including August 16, 2024. Plaintiff will then have until and including August 23, 2024 to reply to Defendants' response or opposition to Plaintiff's Motion to Dismiss.

Dated: August 2, 2024

_____
EDWARD J. DAVILA
United States District Court Judge

4868-9342-2037.1

- 4 -

Stip. and [Proposed] Order re: Extension of
Time to File Resp./Opp. to Motion to Dismiss
Case No. 5:24-CV-02435-EJD