1   MICHAEL J. IOANNOU (SBN 95208)
    KEVIN W. ISAACSON (SBN 281067)
2   ANGIE CHANG (SBN 351887)
    AMANDA M. OGATA (SBN 354967)
3   ROPERS MAJESKI PC
    333 W. Santa Clara St., Suite 910
4   San Jose, CA  95113
    Telephone:     408.287.6262
5   Facsimile:     408.918.4501
    Email:         michael.ioannou@ropers.com
6                  kevin.isaacson@ropers.com
                   angie.chang@ropers.com
7                  amanda.ogata@ropers.com

8   Attorneys for Defendants and Counterclaimants
    ANALOG DEVICES, INC. and
9   MAXIM INTEGRATED PRODUCTS, INC.

10                 UNITED STATES DISTRICT COURT

11                 NORTHERN DISTRICT OF CALIFORNIA

12                         SAN JOSE DIVISION

13  NUMBER 14 B.V.,                      Case No.: 5:24-cv-02435-EJD

14              Plaintiff,               **DECLARATION OF AMANDA M.
                                         OGATA IN SUPPORT OF**
15       v.                              **ADMINISTRATIVE MOTION TO
                                         FILE UNDER SEAL**
16  ANALOG DEVICES, INC.; and MAXIM
    INTEGRATED PRODUCTS, INC.,
17
                Defendants.
18

19  ANALOG DEVICES, INC.; and MAXIM
    INTEGRATED PRODUCTS, INC.,
20
                Counterclaimants,
21
         v.
22
    NUMBER 14 B.V., RUDY ESCHAUZIER,
23  and NICO VAN RIJN.

24              Counter-Defendants.

25

26       I, Amanda M. Ogata, declare as follows:

27       1.      I am an attorney admitted to practice before the courts of the State of California. I

28  am an associate with the law firm of Ropers Majeski PC ("Ropers"), counsel of record for

4871-1669-8071.1

                                                -1-       Declaration of Amanda M. Ogata iso
                                                          Administrative Motion to File Under Seal
                                                          Case No. 5:24-CV-02435

ROPERS
M A J E S K I
A Professional Corporation
San Jose

1  Defendants/Counterclaimants ANALOG DEVICES, INC. and MAXIM INTEGRATED

2  PRODUCTS INC. (collectively, "Counterclaimants") in the above-captioned matter. I have

3  personal knowledge of the facts set forth herein, except for those facts stated on information and

4  belief, which I believe to be true. If called as a witness, I could and would testify competently

5  thereto.

6        2.      Attached as **Exhibit 1** is a true and correct copy of the unredacted

7  Counterclaimants' Opposition to Number 14 B.V., Rudy Eschauzier, and Nico van Rijn's Motion

8  to Dismiss, with the portions Counterclaimants seek to seal and redact highlighted in yellow.

9        3.      Attached as **Exhibit 2** is a true and correct copy of the unredacted Declaration of

10  Mihai Murgulescu In Support of Opposition to Counter-Defendants' Motion to Dismiss, with the

11  portions Counterclaimants seek to seal and redact highlighted in yellow.

12        4.      There are no less restrictive alternatives to sealing that would adequately protect

13  all parties' privacy interests as the portions Counterclaimants seek to file under seal are limited to

14  those for which public disclosure would cause irreparable harm.

15        I declare under penalty of perjury under the laws of the United States of America that the

16  foregoing is true and correct.

17        Executed this 16th day of August, 2024 at San Jose, California.

18

19        /s/ *Amanda M. Ogata*
      AMANDA M. OGATA

20

21

22

23

24

25

26

27

28

ROPERS MAJESKI

A Professional Corporation
San Jose

4871-1669-8071.1

-2-

Declaration of Amanda M. Ogata iso
Administrative Motion to File Under Seal
Case No. 5:24-CV-02435