UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NUMBER 14 B.V.,<br><br>    Plaintiff,<br><br>    v.<br><br>ANALOG DEVICES, INC., et al.,<br><br>    Defendants. | Case No. 24-cv-02435-EKL<br><br>**ORDER REGARDING MOTIONS TO SEAL**<br><br>Re: Dkt. Nos. 3, 23, 42, 54, 61 |

The parties have filed five (5) administrative motions to seal or to consider whether another party's material should be sealed. *See* ECF Nos. 3, 23, 42, 54, 61. On April 24, 2024, Plaintiff Number 14 B.V. filed a motion to consider whether portions of the Complaint and an exhibit should be sealed because they reflect information that Defendants may deem to be confidential. ECF No. 3 at 2.[1] In response, Defendants Analog Devices, Inc. and Maxim Integrated Products, Inc. ("Defendants") requested "to seal and redact a more limited portion of the Complaint and its exhibit." ECF No. 24 at 2 n.1. Defendants offered to file under seal a highlighted version of the Complaint "with Defendants' more limited proposed" redactions at the Court's request. *Id*.

Accordingly, the Court ORDERS Defendants to file under seal a highlighted version of the Complaint indicating the portions that Defendants have requested to seal by September 12, 2024.

The Court further ORDERS Defendants to submit by September 16, 2024, two (2) chambers copies of the following materials highlighted to reflect Defendants' sealing requests:

    (1)    The Complaint;

---

[1] The motion does not comply with Civil Local Rule 79-5(e)(2), which requires a party filing an unredacted pleading to "highlight the portions for which sealing is sought."

(2) The Answer and Counterclaims, ECF No. 23-4;

(3) The Motion to Dismiss, ECF No. 42-3;

(4) The Opposition to the Motion to Dismiss with exhibits, ECF Nos. 54-4, 54-5; and

(5) The Reply in support of the Motion to Dismiss, ECF No. 61-2.

Each set of materials should be placed in a binder with a table of contents. Within each binder, each document should be clearly tabbed with labels along the right side and the tabs should correspond to the numbering in the list above. Each document should be double-sided and should bear the ECF filing "stamp" (case number, docket number, date, and ECF page number) along the top of the page. The binders shall be submitted to the Clerk's Office and labeled with the case number, "Judge Lee," and "Chambers Copy."

Finally, the Court ORDERS Defendants to file an omnibus Proposed Order that addresses all pending sealing requests by September 16, 2024. The Proposed Order shall comply with section VII.D. of the Court's Standing Order for Civil Cases.

**IT IS SO ORDERED.**

Dated: September 5, 2024

_____
Eumi K. Lee
United States District Judge

2