UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NUMBER 14 B.V.,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ANALOG DEVICES, INC., et al.,<br><br>　　　　　Defendants. | Case No. 24-cv-02435-EKL<br><br>**CASE MANAGEMENT & SCHEDULING ORDER** |

　　　　On October 23, 2024, the parties appeared before Judge Eumi K. Lee for a case management conference. The Court ORDERS as follows:

　　(1)　The parties shall comply with this Court's standing orders, which are available on the Court's website and in the Clerk's Office.

　　(2)　The presumptive limits on discovery set forth in the Federal Rules of Civil Procedure shall apply to this case unless otherwise ordered by the Court.

　　(3)　All disputes with respect to disclosures or discovery are referred to the assigned Magistrate Judge.

　　(4)　The close of fact discovery is the date by which all discovery must be completed, including motions to compel, hearings on discovery motions, and any additional discovery resulting from orders on discovery motions. Accordingly, all discovery requests shall be served sufficiently in advance of the close of fact discovery to allow the discovering party enough time prior to the cut-off date to challenge allegedly deficient responses via motion to compel and to receive the necessary responses if the motion is granted. Depositions must be noticed at least 30 days prior to the close of fact discovery.

1   IT IS FURTHER ORDERED that this case is referred to mediation through the Court's ADR Unit pursuant to ADR Local Rule 6.  By February 20, 2025, the parties shall hold an initial ADR session with the selected mediator.

IT IS FURTHER ORDERED that a mid-discovery case management statement is due February 27, 2025.  The statement shall address the status of the case and any other matters that warrant the Court's attention.  Additionally, the statement shall identify the parties' mediator, confirm that the initial ADR session was completed, and address the outcome of the ADR session and the parties' proposals for further ADR efforts if the initial ADR session was unsuccessful.

IT IS FURTHER ORDERED that a further case management conference is scheduled for May 14, 2025, at 1:30 p.m. via Zoom video.  An updated joint case management statement is due May 2, 2025.  The statement need not repeat the information in previous statements.

IT IS FURTHER ORDERED that the following schedule and deadlines shall apply to this case:

| Event | Deadline |
| --- | --- |
| Initial case management conference held | October 23, 2024 |
| Deadline to amend pleadings or add parties (without leave of court) | December 23, 2024 |
| Deadline to complete initial ADR session | February 20, 2025 |
| Mid-discovery case management statement due | February 27, 2025 |
| Updated case management statement due | May 2, 2025 |
| Further case management conference | May 14, 2025 |
| Close of fact discovery | June 20, 2025 |
| Expert witness disclosure | July 3, 2025 |
| Rebuttal expert witness disclosure | August 4, 2025 |
| Close of expert discovery | September 19, 2025 |
| Deadline to file dispositive and *Daubert* motions | October 22, 2025 |
| Last day to hear dispositive and *Daubert* motions | December 17, 2025 |

| Event | Deadline |
|---|---|
| Pretrial conference | March 25, 2026 |
| Trial | April 20, 2026 |

The parties may not modify these dates by stipulation without leave of court.  Civil L.R. 6-1(b).[1]

**IT IS SO ORDERED.**

Dated: October 23, 2024

_____
Eumi K. Lee
United States District Judge

---

[1] The Court has adjusted the dates for the further case management conference and the pretrial conference to comport with the Court's calendar.

3