MICHAEL J. IOANNOU (SBN 95208)
KEVIN W. ISAACSON (SBN 281067)
ANGIE CHANG (SBN 351887)
AMANDA M. OGATA (SBN 354967)
ROPERS MAJESKI PC
333 W. Santa Clara St., Suite 930
San Jose, CA  95113
Telephone:    408.287.6262
Facsimile:     408.918.4501
Email:           michael.ioannou@ropers.com
                    kevin.isaacson@ropers.com
                    angie.chang@ropers.com
                    amanda.ogata@ropers.com

Attorneys for Defendants and Counterclaimants
ANALOG DEVICES, INC. and
MAXIM INTEGRATED PRODUCTS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NUMBER 14 B.V.,<br><br>            Plaintiff,<br><br>    v.<br><br>ANALOG DEVICES, INC.; and MAXIM INTEGRATED PRODUCTS, INC.<br><br>            Defendants.<br><br>ANALOG DEVICES, INC.; and MAXIM INTEGRATED PRODUCTS, INC.,<br><br>            Counterclaimants,<br><br>    v.<br><br>NUMBER 14 B.V., RUDY ESCHAUZIER, and NICO VAN RIJN,<br><br>            Counter-Defendants. | Case No.: 5:24-cv-02435-EKL<br><br>**DECLARATION OF KEVIN W. ISAACSON IN SUPPORT OF STIPULATION RE: FIRST REQUEST TO CONTINUE DEADLINE TO AMEND PLEADINGS OR ADD PARTIES** |

4918-7280-1288.1

- 1 -

Decl. of Isaacson iso Stip. re: 1st Req. to Continue
Deadline to Amend Pleadings or Add Parties
Case No. 5:24-CV-02435-EKL

I, Kevin W. Isaacson, declare as follows:

1. I am an attorney admitted to practice before the courts of the State of California. I am a partner with the law firm of Ropers Majeski PC ("Ropers"), counsel of record for Defendants/Counterclaimants ANALOG DEVICES, INC. and MAXIM INTEGRATED PRODUCTS INC. (collectively, "Defendants" or "Counterclaimants) in the above-captioned matter. I have personal knowledge of the facts set forth herein, and if called as a witness, could and would testify competently hereto.

2. On October 23, 2024, the parties appeared before the Court for a case management conference. During the case management conference, counsel for Defendants informed the court and all parties of Defendants' intention to amend their counterclaims prior to the deadline. On the same day, the Court issued its Case Management and Scheduling Order (the "Scheduling Order") (ECF 76).

3. Pursuant to the Case Management and Scheduling Order ("Scheduling Order") (ECF 76), the deadline to amend pleadings or add parties (without leave of court) is December 23, 2024.

4. The parties have stipulated to an extension of the deadline to amend pleadings and add parties (without leave of court) from December 23, 2024 until January 16, 2025.

5. Defendants submit good cause exists because Plaintiff and Counter-Defendants RUDY ESCHAUZIER and NICO VAN RIJN's (collectively, "Counter-Defendants") Motion to Dismiss (ECF 43) was heard by the Court on October 23, 2024 and is presently under submission.

6. Defendants desire a ruling on Counter-Defendants' Motion to Dismiss prior to the filing of any amendment to Defendants' Answer to Plaintiff's Complaint with Affirmative Defenses and Counterclaims to avoid rendering Counter-Defendants' Motion to Dismiss moot.

7. Defendants also submit good cause exists because portions of any amendment to Defendants' Answer to Plaintiff's Complaint with Affirmative Defenses and Counterclaims will include portions that Defendants will request to file under seal.

8. On October 21, 2024, the Court issued a tentative ruling on Defendants' Proposed Omnibus Order Re: Administrative Motions to File Under Seal.

9. Defendants would prefer to rely on the Court's official ruling on several Administrative Motions to File Under Seal in the preparation of the redacted version of their amended pleading. An official Order from the Court prior to Defendants' filing of amended pleadings would save the parties and this Court time and resources.

10. Extending the deadline to amend pleadings or add parties (without leave of court) from December 23, 2024 until January 16, 2025 does not impact the rest of the schedule of the case. The next scheduled date for the case is the court-ordered mediation on February 5, 2025.

11. The parties are conferring on whether an extension of the deadline to amend pleadings until after the mediation date would be agreeable. If the parties reach an agreement on this issue, a further stipulation will be filed with the Court.

12. The parties have not previously requested any modifications of the Court's Case Management and Scheduling Order, including the deadline to amend pleadings or add parties.

13. Previously and unrelated to this stipulation and the Court's Case Management and Scheduling Order, other time modifications include the following:

   a. On May 28, 2024, the parties stipulated to an extension of time for Defendants to respond to Plaintiff's Complaint (ECF 17);

   b. On June 18, 2024, the Court granted an extension of time for Plaintiff to respond to Defendants' Administrative Motion to File Under Seal;

   c. On July 2, 2024, the Court granted an extension of time for Plaintiff to respond to Defendants' Answer to Plaintiff's Complaint with Affirmative Defenses and Counterclaims;

   d. On August 2, 2024, the Court granted an extension of time for Defendants/Counterclaimants to file their response to Plaintiff's Motion to Dismiss; and

   e. On August 22, 2024, the Court granted an extension of time to Counter-Defendants to reply to Defendants' Opposition to Plaintiff and Counter-Defendants' Motion to Dismiss.

///

1   I declare under penalty of perjury under the laws of the United States of America that the
2   foregoing is true and correct.
3   Executed this 18th day of December, 2024 at San Jose, California.

By: /s/ *Kevin W. Isaacson*
Kevin W. Isaacson

4918-7280-1288.1

- 4 -

Decl. of Isaacson iso Stip. re: 1st Req. to Continue
Deadline to Amend Pleadings or Add Parties
Case No. 5:24-CV-02435-EKL