MICHAEL J. IOANNOU (SBN 95208)
KEVIN W. ISAACSON (SBN 281067)
ANGIE CHANG (SBN 351887)
AMANDA M. OGATA (SBN 354967)
ROPERS MAJESKI PC
333 W. Santa Clara St., Suite 930
San Jose, CA  95113
Telephone:    408.287.6262
Facsimile:    408.918.4501
Email:        michael.ioannou@ropers.com
              kevin.isaacson@ropers.com
              angie.chang@ropers.com
              amanda.ogata@ropers.com

Attorneys for Defendants and Counterclaimants
ANALOG DEVICES, INC. and
MAXIM INTEGRATED PRODUCTS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NUMBER 14 B.V., | Case No.: 5:24-cv-02435-EKL |
| Plaintiff, | **DEFENDANTS AND COUNTERCLAIMANTS' REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION TO STAY PENDING *INTER PARTES* REVIEW** |
| v. | |
| ANALOG DEVICES, INC.; and MAXIM INTEGRATED PRODUCTS, INC. | |
| Defendants. | Date:    May 24, 2025<br>Time:    10:00 a.m.<br>Dept:    Courtroom 7, 4th Floor<br>Judge:   Hon. Eumi K. Lee |
| ANALOG DEVICES, INC.; and MAXIM INTEGRATED PRODUCTS, INC., | |
| Counterclaimants, | |
| v. | |
| NUMBER 14 B.V., RUDY ESCHAUZIER, and NICO VAN RIJN, | |
| Counter-Defendants. | |

Defendants and Counterclaimants ANALOG DEVICES, INC. and MAXIM INTEGRATED PRODUCTS, INC. (hereinafter "Defendants") respectfully request that this Court take judicial notice, pursuant to Federal Rule of Evidence 201, of the following documents in connection with Defendants' Motion to Stay Pending *Inter Partes* Review. The following documents are properly the subject of judicial notice pursuant to Federal Rule of Evidence 201, which provides that a court may take judicial notice of facts "not subject to reasonable dispute in that it is capable of accurate and ready determination by resort to sources whose accuracy cannot reasonably be questioned."

Additionally, under Federal Rule of Evidence 201(b), a court may take judicial notice of matters of public record. *Lee v. City of Los Angeles*, 250 F.3d 668, 689 (9th Cir. 2001) (quoting *Mack v. S. Bay Beer Distrib.*, 798 F.2d 1279, 1282 (9th Cir. 1986)). The document included in the instant request for judicial notice are matters of public record. Therefore, this Court may take judicial notice of the documents attached hereto.

Defendants respectfully request this Court take judicial notice of the following:

1. The Patent and Trial and Appeal Board trial statistics of FY24 for IPR and PGR. Excerpts from this document reflects statistics regarding the institution of IPRs in FY24. A true and correct copy is attached as **Exhibit 1**.

Dated: February 5, 2025                              ROPERS MAJESKI PC

                                                     By: /s/ *Kevin W. Isaacson*
                                                     _____
                                                     MICHAEL J. IOANNOU
                                                     KEVIN W. ISAACSON
                                                     Attorneys for Defendants and
                                                     Counterclaimants ANALOG DEVICES,
                                                     INC. and MAXIM INTEGRATED
                                                     PRODUCTS, INC.