UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NUMBER 14 B.V.,<br><br>    Plaintiff,<br><br>    v.<br><br>ANALOG DEVICES, INC., et al.,<br><br>    Defendants. | Case No. 24-cv-02435-EKL<br><br>**ORDER DENYING IN PART MOTION TO SHORTEN TIME**<br><br>Re: Dkt. No. 100 |

Before the Court is Defendants' motion to shorten the briefing schedule, and to advance the hearing date, for Defendants' motion to stay this action pending *inter partes* review. *See* Motion to Shorten Time, ECF No. 100 ("Motion"). The Motion is DENIED with respect to Defendants' request to shorten the briefing schedule on the motion to stay because maintaining the current briefing schedule will not cause Defendants substantial harm or prejudice. *See* Civil L.R. 6-3(3). Defendants have had the benefit of months to consider whether to petition for *inter partes* review, and to prepare a motion to stay. ECF No. 96 at 7-8. It would be unfair to shorten Plaintiff's already limited time to respond. Accordingly, Plaintiff's opposition to the motion to stay will remain due by February 19, and Defendants' reply in support of the motion to stay will remain due by February 26. Defendants may file their reply earlier but are not required to do so.

The Motion is also DENIED with respect to Defendants' request to advance the hearing on the motion to stay from May 14 to February 26. However, the Court is inclined to grant Defendants' alternative request that the Court rule on the motion to stay without holding a hearing. Mot. at 5. Accordingly, the Court will vacate the hearing on the motion to stay unless Plaintiff requests a hearing, and the Court determines that a hearing would be helpful. Plaintiff can request a hearing in its opposition to the motion to stay. If a hearing is needed, the Court will coordinate

with the parties regarding potential dates.

No further briefing is necessary on this Motion.

**IT IS SO ORDERED.**

Dated: February 8, 2025

_____
Eumi K. Lee
United States District Judge