MICHAEL J. IOANNOU (SBN 95208)
KEVIN W. ISAACSON (SBN 281067)
PAULA B. NYSTROM (SBN 329651)
AMANDA M. OGATA (SBN 354967)
ROPERS MAJESKI PC
333 W. Santa Clara St., Suite 930
San Jose, CA  95113
Telephone:	408.287.6262
Facsimile:	408.918.4501
Email:	michael.ioannou@ropers.com
	kevin.isaacson@ropers.com
	paula.nystrom@ropers.com
	amanda.ogata@ropers.com

Attorneys for Defendants and Counterclaimants
ANALOG DEVICES, INC. and
MAXIM INTEGRATED PRODUCTS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NUMBER 14 B.V.,<br><br>        Plaintiff,<br><br>    v.<br><br>ANALOG DEVICES, INC.; and MAXIM INTEGRATED PRODUCTS, INC.<br><br>        Defendants.<br> | Case No.: 5:24-cv-02435-EKL<br><br>**DECLARATION OF NICK DERE IN SUPPORT OF DEFENDANTS AND COUNTERCLAIMANTS' MOTION TO RETAIN CONFIDENTIALITY** |
| ANALOG DEVICES, INC.; and MAXIM INTEGRATED PRODUCTS, INC.,<br><br>        Counterclaimants,<br><br>    v.<br><br>NUMBER 14 B.V., RUDY ESCHAUZIER, and NICO VAN RIJN,<br><br>        Counter-Defendants. | Date:	May 14, 2025<br>Time:	11:00 a.m.<br>Dept:	Courtroom 5, 4th Floor<br>Judge:	Hon. Nathanael Cousins |

        I, Nick Dere, declare as follows:

        1.    I am employed at Analog Devices Inc. ("ADI") as the Senior Director of Finance and hereby submit this Declaration in support of Defendants/Counterclaimants' Motion to Retain Confidentiality.  I have personal knowledge of the facts set forth herein, and if called as a witness,

1  could and would testify competently hereto.

2      2.    I have worked for over nine years in the field of finance. As a Senior Director of Finance, I have personal knowledge of the purchase requisition process, including the necessary approval steps, at ADI.

3.  I am informed that one of ADI's purchase requisition documents was produced to Plaintiff Number 14, B.V. in response to Number 14's Requests for Production, labelled as document ADI_018933 to ADI_018934 (the "Purchase Requisition").

4.  I am informed that the Purchase Requisition is a purchase requisition for the FY2023 royalty payment to be paid to Number 14.

5.  The Purchase Requisition contains extremely sensitive information about ADI's internal approval process, including the identities of the relevant approvers are and their respective job titles.

6.  The Purchase Requisition also contains extremely sensitive information related to the royalty calculation and the associated royalty payments to Number 14.

7.  Disclosure of the Purchase Requisition would significantly prejudice ADI, as it reveals the royalty calculation and royalty payment values, which would give competitors and other licensors insight into ADI's financial arrangements.

8.  This could allow competitors to offer more attractive deals to other licensors, while ADI's current licensors could use the information to demand higher royalty payments. Revealing this information would unfairly tip the balance in business negotiations, putting ADI at a significant disadvantage.

9.  Disclosure of the Purchase Requisition would significantly prejudice ADI, as it would provide competitors with insight into ADI's internal approval structure for the purchase requisition, potentially making the company vulnerable to employee poaching.

10.  Competitors could then target and recruit key employees from ADI, potentially bypassing the same level of effort and resources that ADI invests in hiring top talent. Specifically, these employees possess highly confidential financial information about ADI.

11.  If the Purchase Requisition was made public, it would significantly prejudice ADI

by also increasing the risk of data breaches. It would expose the individuals with knowledge about the company's financials and reveal which employees have access to confidential information, making ADI more susceptible to security threats.

12. The Purchase Requisition is kept confidential within the company and is not accessible to the public.

13. Maintaining the confidentiality of the Purchase Requisition to the fullest extent possible is necessary to protect ADI's business interests, security interests, and competitive standing in the marketplace.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 24 day of March, 2025 at San Jose (city), California (state).

_____
NICK DERE