| | |
|---|---|
| 1 | **RACHEL THOMAS** (SBN 244527) |
|  | **ALE BURKE-VALLEJO** (SBN 353890) |
| 2 | GREENFIELD LLP |
|  | 55 S. Market Street, Suite 1500 |
| 3 | San Jose, California 95113 |
|  | Telephone: (408) 995-5600 |
| 4 | Email: rthomas@greenfieldlaw.com |
|  |          aburke-vallejo@greenfieldlaw.com |

**JOHN W. HARBIN** (*Pro Hac Vice*)
**WARREN J. THOMAS** (*Pro Hac Vice*)
MEUNIER CARLIN & CURFMAN LLC
999 Peachtree Street NE, Suite 1300
Atlanta, GA 30309
Telephone: (404) 645-7700
Email: jharbin@mcciplaw.com
         wthomas@mcciplaw.com

Attorneys for Plaintiff/Counter-Defendant NUMBER 14 B.V.
Specially Appearing for Counter-Defendants RUDY ESCHAUZIER and NICO VAN RIJN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NUMBER 14 B.V., | Case No.: 5:24-cv-02435-EKL |
|           Plaintiff, | **PLAINTIFF'S RESPONSE TO DEFENDANTS AND COUNTERCLAIMANTS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL** |
| v. | |
| ANALOG DEVICES, INC.; MAXIM INTEGRATED PRODUCTS, INC., | |
|           Defendants. | |
| ANALOG DEVICES, INC.; MAXIM INTEGRATED PRODUCTS, INC., | |
|           Counterclaimants, | |
| v. | |
| NUMBER 14 B.V., RUDY ESCHAUZIER, and NICO VAN RIJN, | |
|           Counter-Defendants. | |

1  Plaintiff and Counter-Defendant NUMBER 14 B.V. ("Plaintiff" or "Number 14") submits
2  this response to "Defendants and Counterclaimants' Administrative Motion to File Under Seal,"
3  ECF No. 116, filed by Defendants Analog Devices, Inc. ("ADI") and Maxim Integrated Products,
4  Inc. ("Maxim") (collectively, "Defendants") on March 24, 2025.

5  Without prejudice to its ability to later challenge the confidentiality of the underlying
6  information (or the level of confidentiality designation, such as Plaintiff's forthcoming opposition
7  to Defendants' Motion to Retain Confidentiality, ECF No. 115, based on the proposed *level* of
8  confidentiality), Plaintiff *does not oppose* Defendants' request for leave to file under seal (ECF No.
9  116).

Dated: March 27, 2025        By:*/s/Warren J. Thomas*
                             Rachel Thomas
                             Ale Burke-Vallejo
                             GREENFIELD LLP

                             John W. Harbin (*pro hac vice*)
                             Warren J. Thomas (*pro hac vice*)
                             MEUNIER CARLIN & CURFMAN LLC

                             Attorneys for Plaintiff/Counter-Defendant NUMBER 14 B.V.
                             Specially Appearing for Counter-Defendants RUDY
                             ESCHAUZIER, and NICO VAN RIJN