MICHAEL J. IOANNOU (SBN 95208)
KEVIN W. ISAACSON (SBN 281067)
PAULA B. NYSTROM (SBN 329651)
AMANDA M. OGATA (SBN 354967)
ROPERS MAJESKI PC
333 W. Santa Clara St., Suite 930
San Jose, CA  95113
Telephone:	408.287.6262
Facsimile:	408.918.4501
Email:	michael.ioannou@ropers.com
	kevin.isaacson@ropers.com
	paula.nystrom@ropers.com
	amanda.ogata@ropers.com

Attorneys for Defendants and Counterclaimants
ANALOG DEVICES, INC. and
MAXIM INTEGRATED PRODUCTS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NUMBER 14 B.V.,<br><br>    Plaintiff,<br><br>    v.<br><br>ANALOG DEVICES, INC.; and MAXIM INTEGRATED PRODUCTS, INC.<br><br>    Defendants.<br><br>ANALOG DEVICES, INC.; and MAXIM INTEGRATED PRODUCTS, INC.,<br><br>    Counterclaimants,<br><br>    v.<br><br>NUMBER 14 B.V.,<br><br>    Counter-Defendant. | Case No.: 5:24-cv-02435-EKL<br><br>**STIPULATION AND ORDER RE: FIRST REQUEST TO CONTINUE DEADLINE OF DEFENDANTS' DOCUMENT PRODUCTION FROM SEARCH TERMS** |

4910-8347-1921.1

- 1 -

Stip. and Order re: Continue Deadline of Defs.' Document Production from Search Terms Case No. 5:24-CV-02435-EKL

1  Plaintiff/Counter-Defendant NUMBER 14 B.V. ("Plaintiff" or "Counter-Defendant") and
2  Defendants/Counterclaimants ANALOG DEVICES, INC. and MAXIM INTEGRATED
3  PRODUCTS, INC. (collectively, "Defendants" or "Counterclaimants"), by and through their
4  respective attorneys of record, hereby stipulate and respectfully request that the Court modify the
5  Discovery Letter Brief Order (ECF 114) to continue the deadline for Defendants' document
6  production from search terms by 18 days, from April 4, 2025 to April 22, 2025, pursuant to Civil
7  Local Rules 6-1 and 6-2.

8  WHEREAS, pursuant to the Court's Discovery Letter Brief Order (ECF 114) the deadline
9  for Defendants to complete their document production from search terms is April 4, 2025.

10 WHEREAS, Defendants submit that good cause exists to extend this deadline to April 22,
11 2025 as the parties only recently finalized the list of search terms that will be used for this
12 document review and production after conferring pursuant to the Court's Stipulated Order Re:
13 Discovery of Electronically Stored Information for Standard Litigation. (ECF 88) Agreement on
14 the parties' current list was reached on Wednesday, March 26, 2025.[1] With the current agreed-
15 upon list of search terms, there are over 34,000 documents that have search term hits, including
16 over 75,000 documents within the families of those with search hits. Given the volume of
17 documents involved, additional time is necessary to ensure proper review and production, and to
18 prevent any undue delays in the process.

19 WHEREAS, extending the deadline for Defendants to complete their document
20 production based on search terms from April 4, 2025, to April 22, 2025 will not affect the rest of
21 the case schedule. The next scheduled event is the filing of a joint discovery status update by
22 April 11, 2025. *See* ECF 114. Although Defendants will not have completed document
23 production based on search terms by that date, the parties will be able to provide the Court with
24 an update on the status of the remaining document production.

25 WHEREAS, the parties have not previously requested a modification of the Court's
26 deadline for Defendants to complete their document production based on search terms. Other time

---

[1] This agreement is subject to a reservation for further modification by Plaintiff. If the list of search terms and/or custodians is amended, Defendants believe additional time will be needed for review and production of the additional documents.

modifications unrelated to the Discovery Letter Brief Order include the following:

| Date | Event Description | ECF Filing |
|---|---|---|
| May 28, 2024 | The parties stipulated to an extension of time for Defendants to respond to Plaintiff's Complaint. | ECF 17 |
| June 18, 2024 | This Court granted an extension of time for Plaintiff to respond to Defendants' Administrative Motion to File Under Seal. | ECF 27 |
| July 2, 2024 | This Court granted an extension of time for Plaintiff to respond to Defendants' Answer to Plaintiff's Complaint with Affirmative Defenses and Counterclaims. | ECF 39 |
| August 2, 2024 | This Court granted an extension of time for Defendants/Counterclaimants to file their response to Plaintiff's Motion to Dismiss. | ECF 49 |
| August 22, 2024 | This Court granted an extension of time to Counter-Defendants to reply to Defendants' Opposition to Plaintiff and Counter-Defendants' Motion to Dismiss. | ECF 59 |
| December 19, 2024; March 31, 2025 | This Court granted an extension of time for the deadline to amend pleadings or add parties. The Court further extended the deadline in the Court's Order for Plaintiff and Counter-Defendants' Motion to Dismiss. | ECF 85; ECF 118 |

THEREFORE, the parties, by and through their respective attorneys of record, hereby stipulate and respectfully request that the Court modify the Discovery Letter Brief Order (ECF 114) to extend Defendants' deadline to complete document production based on search terms by 18 days, from April 4, 2025, to April 22, 2025, in accordance with Civil Local Rules 6-1 and 6-2.

The Declaration of Kevin W. Isaacson in support of this Stipulation to Extend Time is filed concurrently herewith.

Dated: April 3, 2025                              MEUNIER CARLIN & CURFMAN LLC


                                                  By: /s/ *Warren J. Thomas*
                                                  WARREN J. THOMAS
                                                  Attorneys for Plaintiff and Counter-
                                                  Defendant NUMBER 14 B.V.

Dated: April 3, 2025

ROPERS MAJESKI PC

By: /s/ *Kevin W. Isaacson*
MICHAEL J. IOANNOU
KEVIN W. ISAACSON
PAULA B. NYSTROM
AMANDA M. OGATA
Attorneys for Defendants and Counter-Claimants ANALOG DEVICES, INC. and MAXIM INTEGRATED PRODUCTS, INC.

**ATTESTATION PURSUANT TO LOCAL RULE 5-1 (i)(3)**

The undersigned attests pursuant to Local Rule 5-1(i)(3) that concurrence in the filing of this document has been obtained from the other signatory hereto.

Dated: April 3, 2025

/s/ *Kevin W. Isaacson*
Kevin W. Isaacson

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED that the deadline for Defendants to complete their document production based on search terms is continued from April 4, 2025, to April 22, 2025.

Dated:   April 3, 2025

_____
HON. NATHANAEL M. COUSINS
United States District Judge



MICHAEL J. IOANNOU (SBN 95208)
KEVIN W. ISAACSON (SBN 281067)
PAULA B. NYSTROM (SBN 329651)
AMANDA M. OGATA (SBN 354967)
ROPERS MAJESKI PC
333 W. Santa Clara St., Suite 930
San Jose, CA  95113
Telephone:	408.287.6262
Facsimile:	408.918.4501
Email:	michael.ioannou@ropers.com
	kevin.isaacson@ropers.com
	paula.nystrom@ropers.com
	amanda.ogata@ropers.com

Attorneys for Defendants and Counterclaimants
ANALOG DEVICES, INC. and
MAXIM INTEGRATED PRODUCTS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NUMBER 14 B.V.,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ANALOG DEVICES, INC.; and MAXIM INTEGRATED PRODUCTS, INC.<br><br>　　　　Defendants.<br><hr>ANALOG DEVICES, INC.; and MAXIM INTEGRATED PRODUCTS, INC.,<br><br>　　　　Counterclaimants,<br><br>　　v.<br><br>NUMBER 14 B.V.,<br><br>　　　　Counter-Defendant. | Case No.: 5:24-cv-02435-EKL<br><br>**DECLARATION OF KEVIN W. ISAACSON IN SUPPORT OF STIPULATION RE: FIRST REQUEST TO CONTINUE DEADLINE OF DEFENDANTS' DOCUMENT PRODUCTION FROM SEARCH TERMS** |

4919-2226-7185.1

- 1 -

Decl. of Isaacson iso Stip. to Continue Deadline of Defs.' Document Production from Search Terms
Case No. 5:24-CV-02435-EKL

I, Kevin W. Isaacson, declare as follows:

1. I am an attorney admitted to practice before the courts of the State of California. I am a partner with the law firm of Ropers Majeski PC ("Ropers"), counsel of record for Defendants/Counterclaimants ANALOG DEVICES, INC. and MAXIM INTEGRATED PRODUCTS INC. (collectively, "Defendants" or "Counterclaimants) in the above-captioned matter. I have personal knowledge of the facts set forth herein, and if called as a witness, could and would testify competently hereto.

2. On February 11, 2025, the parties filed a Joint Discovery Letter Brief in accordance with the Court's Standing Order, addressing a dispute regarding Defendants' document production in response to Plaintiff's First and Second Requests for Production of Documents, as well as compliance with discovery obligations under the ESI Order. ECF 104.

3. On March 6, 2025, the parties filed a status report regarding the Joint Discovery Letter Brief at the Court's request. ECF 113; *see* ECF 107. On the same day, the Court issued its Order granting in part and denying in part the Joint Discovery Letter Brief. ECF 114.

4. Pursuant to the Discovery Letter Brief Order (ECF 114), the deadline for Defendants to complete document production based on search terms is April 4, 2025.

5. The parties have stipulated to an extension of the deadline for Defendants to complete document production based on search terms from April 4, 2025, to April 22, 2025.

6. Defendants submit good cause exists as the parties only recently finalized the list of search terms that will be used for this document review and production after conferring pursuant to the Court's Stipulated Order Re: Discovery of Electronically Stored Information for Standard Litigation. ECF 88.

7. The parties agreed on the current list of search terms on Wednesday, March 26, 2025. This agreement is subject to the reservation for further modification by Plaintiff. If the list of search terms and/or custodians is amended, additional time will be needed for review and production of the additional documents.

8. Based on the current agreed-upon list of search terms, there are over 34,000 documents that have search term hits and over 75,000 documents with families of those with

4919-2226-7185.1

- 2 -

Decl. of Isaacson iso Stip. to Continue Deadline of Defs.' Document Production from Search Terms
Case No. 5:24-CV-02435-EKL

1  search hits. Given the volume of documents involved, additional time is necessary to ensure
2  proper review and production.
3      9.   Extending the deadline for Defendants to complete their document production
4  based on search terms from April 4, 2025, to April 22, 2025 does not impact the rest of the
5  schedule of the case.
6      10.  The next scheduled event is the filing of a joint discovery status update by
7  April 11, 2025. *See* ECF 114. The parties will still be able to provide the Court with an update on
8  the status of the remaining document production.
9      11.  The parties have not previously requested a modification of the Court's deadline
10 for Defendants to complete their document production based on search terms.
11     12.  Previously and unrelated to this stipulation and the Court's Joint Discovery Letter
12 Order, including the deadline for Defendants to complete their document production based on
13 search terms, other time modifications include the following:

   a. On May 28, 2024, the parties stipulated to an extension of time for Defendants to respond to Plaintiff's Complaint (ECF 17);
   b. On June 18, 2024, the Court granted an extension of time for Plaintiff to respond to Defendants' Administrative Motion to File Under Seal (ECF 27);
   c. On July 2, 2024, the Court granted an extension of time for Plaintiff to respond to Defendants' Answer to Plaintiff's Complaint with Affirmative Defenses and Counterclaims (ECF 39);
   d. On August 2, 2024, the Court granted an extension of time for Defendants/Counterclaimants to file their response to Plaintiff's Motion to Dismiss (ECF 49);
   e. On August 22, 2024, the Court granted an extension of time to Counter-Defendants to reply to Defendants' Opposition to Plaintiff and Counter-Defendants' Motion to Dismiss (ECF 59);
   f. On December 19, 2024 the Court continued the deadline to amend pleadings or add parties (without leave of court) (ECF 85), and further amended this deadline

1  on March 31, 2025 in its Order regarding Plaintiff and Counter-Defendants'
2  Motion to Dismiss (ECF 118).

3  I declare under penalty of perjury under the laws of the United States of America that the
4  foregoing is true and correct.

5  Executed this 3rd day of April, 2025 at San Jose, California.

By: /s/ *Kevin W. Isaacson*
Kevin W. Isaacson

4919-2226-7185.1

- 4 -

Decl. of Isaacson iso Stip. to Continue Deadline of Defs.' Document Production from Search Terms
Case No. 5:24-CV-02435-EKL