# EXHIBIT 2

[REDACTED – PUBLIC VERSION]

## Technical Explanation of the Parameters Found in the Agreement Specs

The following is an explanation of the Parameters listed in Annex 1.





