# EXHIBIT 3

[REDACTED – PUBLIC VERSION]

## Comparison Between the Specifications of the Baseline Products and the Agreement Specs



Notes:

Color coding: Agreement Specs; Baseline Products specifications that meet Agreement Specs; Baseline Products specifications that do not meet the Agreement Specs.
The two comparators ███████████████ do not correspond to any Agreement Specs and are thus listed as ORPHANS.