# EXHIBIT 4

[REDACTED – PUBLIC VERSION]

## Comparison Between the Products Specifications and the Agreement Specs

| | | MAX40108 | MAX40110/1 | MAX9613/4 | MAX9636 | MAX44286 | MAX44244/5 | MAX40100 | MAX9617/18/19/20 |
|---|---|---|---|---|---|---|---|---|---|
| ███ | █ | | | | | | | | |
| | | | | | | | | | |

| | | MAX44250/1/2 | MAX44259/60/61/63 | MAX44281 | MAX44241/3/6 | MAX44290 | MAX49921 |
|---|---|---|---|---|---|---|---|
| ███ | █ | | | | | | |
| | | | | | | | |

| | | MAX44280 | MAX44211 |
|---|---|---|---|

| | | MAX9637/8 | MAX44248 | MAX44267 | MAX9615/6 | MAX22242 | MAX40242 | MAX40263 |
|---|---|---|---|---|---|---|---|---|

Color coding: Agreement Specs; Baseline Products specifications that meet Agreement Specs; Baseline Products specifications that do not meet the Agreement Specs

All Products specifications are the Typical Values from their respective Datasheets