# EXHIBIT 5

[PUBLIC VERSION]

| **DECLARATION AND POWER OF ATTORNEY FOR PATENT APPLICATION (37 CFR 1.63)** | **Attorney Docket Number** | 55123P376 |
|---|---|---|
| ☒ Declaration Submitted with Initial Filing **OR** ☐ Declaration Submitted after Initial Filing (surcharge (37 CFR 1.16(e)) required) | **First Named Inventor** | Rudy G. H. Eschauzier |
| | ***COMPLETE IF KNOWN*** | |
| | Application Number | |
| | Filing Date | |
| | Art Unit | |
| | Examiner Name | |

**I hereby declare that:** (1) Each inventor's residence, mailing address, and citizenship are as stated below next to their name; and (2) I believe the inventor(s) named below to be the original and first inventor(s) of the subject matter which is claimed and for which a patent is sought on the invention entitled:

**Low-Noise, Low-Power, Low Drift Offset Correction in Operational and Instrumentation Amplifiers**

*(Title of the Invention)*

the specification of which

☒ is attached hereto.

OR

☐ was filed on (MM/DD/YYYY) ____________ as United States Application Number or

PCT International Application Number ____________

and was amended on (MM/DD/YYYY) ____________ (if applicable).

I hereby state that I have reviewed and understand the contents of the above-identified specification, including the claim(s), as amended by any amendment specifically referred to above.

I do not know and do not believe that the claimed invention was ever known or used in the United States of America before my invention thereof, or patented or described in any printed publication in any country before my invention thereof or more than one year prior to this application. I do not know and do not believe that the claimed invention was in public use or on sale in the United States of America more than one year prior to this application, nor do I know or believe that the invention has been patented or made the subject of an inventor's certificate issued before the date of this application in any country foreign to the United States of America on an application filed by me or my legal representatives or assigns more than twelve months (for a utility patent application) or six months (for a design patent application) prior to this application.

I acknowledge the duty to disclose information which is material to patentability as defined in 37 CFR 1.56, including for continuation-in-part applications, material information which became available between the filing date of the prior application and the national or PCT international filing date of the continuation-in-part application.

**Authorization To Permit Access to Application by Participating Offices**

☒ If checked, the undersigned hereby grants the USPTO authority to provide the European Patent Office (EPO), the Japan Patent Office (JPO), and any other intellectual property offices in which a foreign application claiming priority to the above-identified application is filed access to the above-identified patent application. See 37 CFR 1.14(c) and (h). This box should not be checked if the applicant does not wish the EPO, JPO, or other intellectual property office in which a foreign application claiming priority to the above-identified application is filed to have access to the application.

In accordance with 37 CFR 1.14(h)(3), access will be provided to a copy of the application-as-filed with respect to: (1) the above-identified application, (2) any foreign application to which the above-identified application claims priority under 35 USC 119(a)-(d) if a copy of the foreign application that satisfies the certified copy requirement of 37 CFR 1.55 has been filed in the above-identified US application, and (3) any U.S. application from which benefit is sought in the above-identified application.

In accordance with 37 CFR 1.14(c), access may be provided to information concerning the date of filing the Authorization to Permit Access to Application by Participating Offices.

**Claim of Foreign Priority Benefits**

I hereby claim foreign priority benefits under 35 U.S.C. 119(a)-(d) or (f), or 365(b) of any foreign application(s) for patent, inventor's or plant breeder's rights certificate(s), or 365(a) of any PCT international application which designated at least one country other than the United States of America, listed below and have also identified below, by checking the box, any foreign application for patent, inventor's or plant breeder's rights certificate(s), or any PCT international application having a filing date before that of the application on which priority is claimed.

Prior Foreign Application(s):

| Prior Foreign Application Number(s) | Country | Foreign Filing Date (MM/DD/YYYY) | Priority Not Claimed | Certified Copy Attached? |
|---|---|---|---|---|
| | | | ☐ | ☐ Yes ☐ No |
| | | | ☐ | ☐ Yes ☐ No |
| | | | ☐ | ☐ Yes ☐ No |
| | | | ☐ | ☐ Yes ☐ No |
| | | | ☐ | ☐ Yes ☐ No |

**Appointment of Practitioners:**

I hereby appoint the practitioners associated with Customer Number: **79124** as my respective patent attorneys and patent agents, with full power of substitution and revocation, to prosecute this application and to transact all business in the U.S. Patent and Trademark Office connected herewith.

If this patent application is assigned, then the undersigned hereby authorizes the patent attorneys and patent agents named herein to accept and follow instructions from the assignee(s) as to any action to be taken in the United States Patent and Trademark Office regarding this application without direct communication between the patent attorneys and patent agents and the undersigned. In the event of a change in the persons from whom instructions may be taken, at least one patent attorney or patent agent named herein will be so notified by the undersigned.

**Correspondence:**

Direct all correspondence to Customer Number **79124**,

WARNING:

Petitioner/applicant is cautioned to avoid submitting personal information in documents filed in a patent application that may contribute to identity theft. Personal information such as social security numbers, bank account numbers, or credit card numbers (other than a check or credit card authorization form PTO-2038 submitted for payment purposes) is never required by the USPTO to support a petition or an application. If this type of personal information is included in documents submitted to the USPTO, petitioner/applicant should consider redacting such personal information from the documents before submitting them to the USPTO. Petitioner/applicant is advised that the record of a patent application is available to the public after publication of the application (unless a non-publication request in compliance with 37 CFR 1.213(a) is made in the application) or issuance of a patent. Furthermore, the record from an abandoned application may also be available to the public if the application is referenced in a published application or an issued patent (see 37 CFR 1.14). Checks and credit card authorization forms PTO-2038 submitted for payment purposes are not retained in the application file and therefore are not publicly available. Petitioner/applicant is advised that documents which form the record of a patent application (such as the PTO/SB/01) are placed into the Privacy Act system of records DEPARTMENT OF COMMERCE, COMMERCE-PAT-7, System name: *Patent Application Files.* Documents not retained in an application file (such as the PTO-2038) are placed into the Privacy Act system of COMMERCE/PAT-TM-10, System name: *Deposit Accounts and Electronic Funds Transfer Profiles.*

**I hereby declare that all statements made herein of my own knowledge are true and that all statements made on information and belief are believed to be true; and further that these statements were made with the knowledge that willful false statements and the like so made are punishable by fine or imprisonment, or both, under 18 U.S.C. 1001 and that such willful false statements may jeopardize the validity of the application or any patent issued thereon.**

**NAME OF SOLE OR FIRST INVENTOR:** ☐ A petition has been filed for this undersigned inventor

Full Name: **Rudy G. H. Eschauzier**
*(First, Middle [if any], Family Name (or Surname), and Suffix [if any])*

Inventor's Signature [signature] Date 5/12/09

Residence Bergschenhoek, Netherlands Citizenship Netherlands
*(City, State, Country)* *(Country)*

Mailing Address Roland Holstlaan 10
Bergschenhoek, 2662 AM Netherlands

**NAME OF SECOND INVENTOR:** ☐ A petition has been filed for this undersigned inventor

Full Name: **Nico van Rijn**
*(First, Middle [if any], Family Name (or Surname), and Suffix [if any])*

Inventor's Signature [signature] Date 5/12/2009

Residence Katwijk, Netherlands Citizenship Netherlands
*(City, State, Country)* *(Country)*

Mailing Address Parnassia 56
Katwijk, 2224 DD Netherlands

**NAME OF THIRD INVENTOR:** ☐ A petition has been filed for this undersigned inventor

Full Name: ______
*(First, Middle [if any], Family Name (or Surname), and Suffix [if any])*

Inventor's Signature ______ Date ______

Residence ______ Citizenship ______
*(City, State, Country)* *(Country)*

Mailing Address ______

**NAME OF FOURTH INVENTOR:** ☐ A petition has been filed for this undersigned inventor

Full Name: ______
*(First, Middle [if any], Family Name (or Surname), and Suffix [if any])*

Inventor's Signature ______ Date ______

Residence ______ Citizenship ______
*(City, State, Country)* *(Country)*

Mailing Address ______

**NAME OF FIFTH INVENTOR:** ☐ A petition has been filed for this undersigned inventor

Full Name: ______
*(First, Middle [if any], Family Name (or Surname), and Suffix [if any])*

Inventor's Signature ______ Date ______

Residence ______ Citizenship ______
*(City, State, Country)* *(Country)*

Mailing Address ______