# EXHIBIT 6

# [PUBLIC VERSION]

| Substitute for form 1449A/PTO | Complete if Known | |
|---|---|---|
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** (Use as many sheets as necessary) | **Application Number** | 12/464,572 |
| | **Filing Date** | 05/12/2009 |
| | **First Named Inventor** | Rudy G.H. Eschauzier |
| | **Group Art Unit** | |
| | **Examiner Name** | |
| Sheet 1 of 1 | **Attorney Docket No: 55123P376** | |

### US PATENT DOCUMENTS

| Examiner Initial * | Cite No [1] | USP Document Number | Publication or Issue Date MM-DD-YYYY | Name of Patentee or Applicant of cited Document | Pages, Columns, Lines, Where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|
| | | | | | |

### FOREIGN PATENT DOCUMENTS

| Examiner Initials* | Cite No [1] | Foreign Patent Document Country Code/Number/Kind Code (if known) | Publication Date MM-DD-YYYY | Name of Patentee or Applicant of cited Document | Pages, Columns, Lines, Where Relevant Passages or Relevant Figures Appear | T [2] |
|---|---|---|---|---|---|---|
| | | | | | | |

### OTHER DOCUMENTS -- NON PATENT LITERATURE DOCUMENTS

| Examiner Initials* | Cite No [1] | Include name of the author (in CAPITAL LETTERS), title of the article (when appropriate), title of the item (book, magazine, journal, serial, symposium, catalog, etc.), date, page(s), volume-issue number(s), publisher, city and/or country where published. | T [2] |
|---|---|---|---|
| | | DESSOUKY, MOHAMED , et al., "Very Low-Voltage Digital-Audio ΔΣ Modulator with 88-dB Dynamic Range Using Local Switch Bootstrapping", IEEE Journal of Solid-State Circuits, Vol. 36, No. 3, (March 2001), Pgs. 349-355 | |
| | | ENZ, CHRISTIAN C., et al., "Circuit Techniques for Reducing the Effects of Op-Amp Imperfections: Autozeroing, Correlated Double Sampling, and Chopper Stabilization", Proceedings of the IEEE, Vol. 84, No. 11, (November 1996), Pgs. 1584-1614 | |
| | | ESCHAUZIER, RUDY G., et al., "Frequency Compensation Techniques for Low-Power Operational Amplifiers", Section 6.1, Springer, (1995) | |
| | | ESCHAUZIER, RUDY G., et al., "Frequency Compensation Techniques for Low-Power Operational Amplifiers", Section 6.3, Springer, (1995) | |
| | | HUIJSING, JOHAN H., "Operational Amplifiers, Theory and Design", Kluwer Academic Publishers, (2001), Pgs. 52-53 | |
| | | WESTE, NEIL H., et al., "Principles of CMOS VLSI Design, A Systems Perspective, Second Edition", Section 5.5.10, Addison-Wesley Publishing Company, (1993), Pgs. 346-350 | |

| EXAMINER | DATE CONSIDERED |
|---|---|
| | |

Based on PTO/SB/08A(09-06) - Substitute Disclosure Statement Form (PTO-1449) as modified by BSTZ 03/26/07
* EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.1 Applicant's unique citation designation number (optional) 2Applicant is to place a check mark here if English language Translation is attached