MICHAEL J. IOANNOU (SBN 95208)
KEVIN W. ISAACSON (SBN 281067)
ROPERS MAJESKI PC
333 W. Santa Clara St., Suite 930
San Jose, CA 95113
Telephone:   408.287.6262
Facsimile:    408.918.4501
Email:          michael.ioannou@ropers.com
                   kevin.isaacson@ropers.com

Attorneys for Defendants and Counterclaimants
ANALOG DEVICES, INC. and
MAXIM INTEGRATED PRODUCTS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NUMBER 14 B.V.,<br><br>  Plaintiff,<br><br>v.<br><br>ANALOG DEVICES, INC.; and MAXIM INTEGRATED PRODUCTS, INC.,<br><br>  Defendants.<br><br>ANALOG DEVICES, INC.; and MAXIM INTEGRATED PRODUCTS, INC.,<br><br>  Counterclaimants,<br><br>v.<br><br>NUMBER 14 B.V.,<br><br>  Counter-Defendant. | Case No.: 5:24-cv-02435-EKL<br><br>**AMENDED [PROPOSED] ORDER GRANTING DEFENDANTS AND COUNTERCLAIMANTS' ADMINISTRATIVE MOTION TO FILE PORTIONS OF FIRST AMENDED ANSWER AND COUNTERCLAIMS UNDER SEAL** |

**THIS MATTER** comes upon Defendants and Counterclaimants Maxim and ADI ("Defendants/Counterclaimants") Administrative Motion to Seal, which was filed with this Court in the above-captioned action on April 21, 2025. All interested parties having appeared through counsel, and after full consideration of the parties' papers, the arguments of counsel, and all other filed and papers herein, and for good cause appearing, Defendants' Motion is **GRANTED**. The

4918-5687-0714.1

Court hereby **GRANTS** the limited sealing of the documents listed below:

| ECF No. | Document | Portion(s) to Seal | Granted/Denied |
|---|---|---|---|
| 127 | Defendants' First Amended Answer and Counterclaims | 1. Highlighted portions at 16:1-3; 22:23-28; 23:10; 24:5-6; 24:8; 25:10; 25:11-12: 25:12; 25:14; 27:9-11; 30:22.<br><br>2. Highlighted portions at 25:18-26:8; 26:10-13.<br><br>3. Highlighted portions at 26:23-27:6.<br><br>4. Highlighted portions at 28:7-29:6; 51:8-51:18; 52:7; 52:24-53:2; 53:11-53:24. | |
| 127-1 | Exhibit 1 to Defendants' First Amended Answer and Counterclaims | Pg. 1, ¶ 2; Pg. 1, ¶ 3; Pg. 2, definition of "Stand-Alone Amplifiers;" Pg. 3, portion of ¶ 2.2; Pg. 3, portion of ¶ 2.5; Pg. 3, portion of ¶ 2.6; Pgs. 4-6, except ¶¶ 3.2-3.3; Annex 1; Annex 2.<br><br>(Note these portions were previously sealed pursuant to the Court's December 23, 2024 Order Regarding Motions to Seal. ECF 86.) | |
| 127-2 | Exhibit 2 to Defendants' First Amended Answer and Counterclaims | Pgs. 1-3 – The technical information related to the parameters in Annex 1 of the License Agreement | |
| 127-3 | Exhibit 3 to Defendants' First Amended Answer and Counterclaims | Pg. 1 – A chart that compares the specifications of the Baseline Products with the specification requirements in Annex 1 of the License Agreement. | |

| ECF No. | Document | Portion(s) to Seal | Granted/Denied |
|---|---|---|---|
| 127-4 | Exhibit 4 to Defendants' First Amended Answer and Counterclaims | Pgs. 1-2 – A chart that compares the specifications of the products at issue with the specification requirements in Annex 1 of the License Agreement. | |
| 127-7 | Exhibit 7 to Defendants' First Amended Answer and Counterclaims | Highlighted portions at 16:13-15; 23:26-24:3; 24:13; 25:13-14; 25:17; 26:23; 26:24-25; 27:1; 27:5-27; 28:9-25; 29:13; 29:21-27; 29:28-30:9; 30:10-30:17; 30:20; 32:22; 63:8-18; 64:7; 64:24-65:2; 65:11-24 | |

Dated:

_____
THE HON. EUMI K. LEE
UNITED STATES DISTRICT COURT JUDGE