UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| NUMBER 14 B.V., | Case No. 24-cv-02435-EKL |
|---|---|
| Plaintiff, | |
| v. | **AMENDED CASE MANAGEMENT & SCHEDULING ORDER** |
| ANALOG DEVICES, INC., et al., | |
| Defendants. | |

On May 2, 2025, the parties submitted an updated case management statement. ECF No. 133. On May 14, 2025, the Court held a further case management conference. For the reasons discussed at the conference, the deadlines in the Case Management and Scheduling Order, ECF No. 76, are AMENDED as follows:

| Event | Deadline |
|---|---|
| Defendants serve invalidity contentions (Patent L.R. 3-5) | May 28, 2025 |
| Parties exchange proposed terms for construction (Patent L.R. 4-1) | June 11, 2025 |
| Parties file joint statement regarding proposed terms for construction | June 25, 2025 |
| Updated case management statement due | November 5, 2025 |
| Further case management conference | November 19, 2025 |
| Close of fact discovery | December 17, 2025 |
| Expert witness disclosure | January 9, 2026 |
| Rebuttal expert witness disclosure | February 13, 2026 |
| Close of expert discovery | April 1, 2026 |
| Deadline to file dispositive and *Daubert* motions | May 6, 2026 |

| Event | Deadline |
|---|---|
| Last day to hear dispositive and *Daubert* motions | July 1, 2026 |
| Pretrial conference | September 30, 2026 |
| Jury trial (est. 7 to 9 days) | October 19, 2026 |

The parties may not modify these dates by stipulation without leave of court.  Civil L.R. 6-1(b).

**IT IS SO ORDERED.**

Dated: May 14, 2025

Eumi K. Lee
United States District Judge