RACHEL THOMAS (SBN 244527)
ALE BURKE-VALLEJO (SBN 353890)
GREENFIELD LLP
55 S. Market Street, Suite 1500
San Jose, California 95113
Telephone: (408) 995-5600
Email: rthomas@greenfieldlaw.com
       aburke-vallejo@greenfieldlaw.com

JOHN W. HARBIN (*Pro Hac Vice*)
WARREN J. THOMAS (*Pro Hac Vice*)
MEUNIER CARLIN & CURFMAN LLC
999 Peachtree Street NE, Suite 1300
Atlanta, GA 30309
Telephone: (404) 645-7700
Email: jharbin@mcciplaw.com
       wthomas@mcciplaw.com

Attorneys for Plaintiff/Counter-Defendant NUMBER 14 B.V.

**GRANTED**
Judge Nathanael M. Cousins

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NUMBER 14 B.V.,<br><br>              Plaintiff,<br><br>v.<br><br>ANALOG DEVICES, INC.; MAXIM INTEGRATED PRODUCTS, INC.,<br><br>              Defendants. | Case No.: 5:24-cv-02435-EKL-NMC<br><br>**JOINT DISCOVERY STATUS REPORT (RE ECF 175)** |
| ANALOG DEVICES, INC.; MAXIM INTEGRATED PRODUCTS, INC.,<br><br>              Counterclaimants,<br><br>v.<br><br>NUMBER 14 B.V.,<br>              Counter-Defendant. | |

On July 7, 2025, the Court ordered the parties to file a joint discovery status report by October 1 that includes a statement as to whether and when the parties request a further discovery conference with the Court. The parties provide the following status update:

- On September 2, 2025, Plaintiff Number 14 B.V. served a subpoena on Apple Inc. requesting six categories of documents. After Defendants and Apple raised objections to such subpoena, the parties and Apple have commenced discussions regarding the subpoena's scope and requested materials.

- Number 14 served an additional interrogatory and set of document requests on Defendants on September 26 and 30, 2025, respectively.

- On September 29, 2025, Number 14 raised a concern about the completeness of Defendants' production in response to two of Number 14's previous document requests and the Parties are discussing the matter in an attempt to resolve that concern.

- There are no other pending discovery-related issues.

The Parties do not request a discovery conference with the Court at this time. The Parties will request a discovery conference at a later date if needed.

**GREENFIELD LLP and**
**MEUNIER CARLIN & CURFMAN**
/s/*Warren J. Thomas*
Rachel Thomas
Ale Burke-Vallejo
John W. Harbin *(pro hac vice)*
Warren J. Thomas *(pro hac vice)*

Attorneys for Plaintiff and Counter-Defendant Number 14 B.V.

**K&L GATES LLP**
*/s/ Erik J. Halverson*
Erik J. Halverson
Christopher Centurelli
Michael R. Creta
John L. Gavin

Attorneys for Defendants and Counterclaimants Analog Devices, Inc. and Maxim Integrated Products, Inc.

**ATTESTATION PURSUANT TO LOCAL RULE 5-1 (i)(3)**

The undersigned attests pursuant to Local Rule 5-1(i)(3) that concurrence in the filing of this document has been obtained from each of the other signatories hereto.

Dated: October 1, 2025                                    */s/ Warren J. Thomas*

                                                                            Counsel for Plaintiff