UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NUMBER 14 B.V.,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>ANALOG DEVICES, INC.; MAXIM INTEGRATED PRODUCTS, INC.,<br><br>　　　　　Defendants.<br>ANALOG DEVICES, INC.; MAXIM INTEGRATED PRODUCTS, INC.,<br><br>　　　　　Counterclaimants,<br><br>v.<br><br>NUMBER 14 B.V.,<br>　　　　　Counter-Defendant. | Case No.: 5:24-cv-02435-EKL-NMC<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff and Counter-Defendant Number 14 B.V. and Defendants and Counterclaimants Analog Devices, Inc. and Maxim Integrated Products, Inc. jointly stipulate that this action, including all claims and counterclaims, be dismissed *with prejudice*, with each party to bear its own attorneys' fees, costs, and expenses.

**IT IS SO STIPULATED**

**GREENFIELD LLP and**
**MEUNIER CARLIN & CURFMAN**
/s/*Warren J. Thomas*
Rachel Thomas
Ale Burke-Vallejo
John W. Harbin *(pro hac vice)*
Warren J. Thomas *(pro hac vice)*

*Attorneys for Plaintiff and Counter-Defendant Number 14 B.V.*

**K&L Gates LLP**
/s/ *Christopher Centurelli*
Erik J. Halverson
Christopher Centurelli *(pro hac vice)*
Michael R. Creta *(pro hac vice)*
John L. Gavin *(pro hac vice)*

*Attorneys for Defendants and Counterclaimants Analog Devices, Inc. and Maxim Integrated Products, Inc.*

**ATTESTATION PURSUANT TO LOCAL RULE 5-1 (i)(3)**

The undersigned attests pursuant to Local Rule 5-1(i)(3) that concurrence in the filing of this document has been obtained from each of the other signatories hereto.

Dated: December 1, 2025         /s/ *Warren J. Thomas*

                                Counsel for Plaintiff

**ORDER**

Pursuant to the stipulation of the Parties, it is hereby ORDERED that:

    Pursuant to the Parties' Stipulation, this case is hereby dismissed with prejudice. Each party is to bear its own costs and fees.

**IT IS SO ORDERED**

Dated:   December   1   , 2025

_____
The Honorable Judge Eumi K. Lee

1